**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 20-7432**

UNITED STATES OF AMERICA,

       Plaintiff - Appellee,

  v.

ANTOINE DEMETRIUS LUNDY, a/k/a Buff,

       Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Robert G. Doumar, Senior District Judge.  (2:12-cr-00106-RGD-DEM-3)

Submitted:  May 20, 2021                         Decided:  May 24, 2021

Before WILKINSON, NIEMEYER, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Antoine Demetrius Lundy, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antoine Demetrius Lundy appeals the district court's order denying his motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Lundy*, No. 2:12-cr-00106-RGD-DEM-3 (E.D. Va. Sept. 15, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*